# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ISIDRO CRUZ, III | Case Number: 3:06-cr-267-J-TEM |
|  | USM Number: 31516-018 |
|  | Jonathan Sacks, Esquire |
|  | Defendant's Attorney |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __One through Four__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly Reports | May 2009 |
| Two | Failure to notify ten days prior to any change in residence | March 2009 |
| Three | Failure to notify ten days prior to any change in employment | February 2009 |
| Four | Failure to make restitution | June 2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 14, 2010

*Thomas E. Morris* (signature)

THOMAS E. MORRIS
UNITED STATES DISTRICT JUDGE
DATE: April __16__, 2010

DEFENDANT: ISIDRO CRUZ, III
CASE NUMBER: 3:06-cr-267-J-TEM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THREE (3) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     ___ at _____ a.m.    p.m.    on _____.

     ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ___ before 2 p.m. on _____.

     ___ as notified by the United States Marshal.

     ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL